UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. BENNETT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-CV-1951 (RCL) |
| ) | |
| ELAINE L. CHAO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests for a 30-day extension of time to January 30, 2008, to respond to Plaintiff's Complaint. The parties conferred pursuant to Local Rule 7(m) and Plaintiff's counsel consented to this Motion.

There is good cause for the Court to grant this Motion. In this Title VII and ADEA action, Plaintiff filed an 84-paragraph Complaint alleging that Defendant discriminated against him because of his race (Caucasian), sex (male) and age (75 years old) when Defendant terminated him from federal service. Defendant is in the process of evaluating Plaintiff's allegations and, in light of the holiday, will need additional time to complete the evaluation process. Furthermore, the undersigned counsel is on scheduled leave from December 11, 2007, to December 27, 2007. Given this leave schedule, the undersigned counsel needs the additional time to prepare an appropriate response to Plaintiff's Complaint. An additional time is also needed for the undersigned counsel to submit any draft response for client and supervisory review prior to filing it with the Court.

For the foregoing reasons, Defendant respectfully requests that the Court grant an

extension until January 30, 2008, for Defendant to respond to Plaintiff's Complaint.

Dated: December 10, 2007.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. BENNETT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-CV-1951 (RCL) |
| ) | |
| ELAINE L. CHAO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant's Consent Motion for An Extension of Time and the entire record herein, it is this _____ day of _____, 200__,

ORDERED that Defendant's Consent Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including January 30, 2008, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge