**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN C. BENNETT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-CV-1951 (RCL) |
| ) | |
| ELAINE L. CHAO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant's Consent Motion for An Extension of Time and the entire record herein, it hereby

ORDERED that Defendant's Consent Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including January 30, 2008, to respond to Plaintiff's Complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on December 10, 2007.