## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. BENNETT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-CV-1951 (RCL) |
| ) | |
| ELAINE L. CHAO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### DEFENDANT'S CONSENT MOTION FOR
### AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests a 30-day extension of time from January 30, 2008, to February 29, 2008, to respond to Plaintiff's Complaint. The parties conferred pursuant to Local Rule 7(m) and Plaintiff's counsel consented to this Motion.

There is good cause for the Court to grant this Motion. Defendant needs additional time to file a response because the undersigned counsel has been consumed by several urgent and unanticipated matters. Specifically, after an evidentiary hearing on January 16, 2008, in *In Re Fannie Mae Litigation*, MDL 1688, Civ. No. 04-1639 (RJL), the court ordered the agency to produce thousands of privileged documents by February 5, 2008. The MDL court followed up with a written order on January 22, 2008. As a result of this production order, the undersigned counsel has devoted substantial time to addressing that order. Furthermore, the undersigned counsel had to prepare and file a Brief for Appellee with the D.C. Circuit in NCAP v. EPA, No. 07-5116 (D.C. Cir.), on January 22, 2008. In addition, the undersigned counsel has to file another D.C. Circuit brief in Adams v. Rice, 07-5101 (D.C. Cir.), by Tuesday January 29, 2008.

Furthermore, in the coming weeks, the undersigned counsel is scheduled to prepare and defend several depositions in yet another case, which would require the undersigned counsel to

be out of the office. As a result of these pressing obligations, especially given the production order in the MDL matter, the undersigned counsel needs the additional time to prepare a proper response and circulate it for client and supervisory review prior to filing it with the Court.

For the foregoing reasons, Defendant respectfully requests that the Court grant an extension until February 29, 2008, for Defendant to respond to Plaintiff's Complaint.

Dated: January 28, 2008, 2007.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. BENNETT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-CV-1951 (RCL) |
| ) | |
| ELAINE L. CHAO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

Upon consideration of Defendant's Consent Motion for An Extension of Time and the entire record herein, it is this _____ day of _____, 200__,

ORDERED that Defendant's Consent Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including February 29, 2008, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge