UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN C. BENNETT, JR.,**  )  <br> ) <br> **Plaintiff,**  ) <br> ) <br> v.  ) <br> ) <br> **ELAINE L. CHAO,**  ) <br> ) <br> **Defendant.**  ) <br> _____) | C.A. No.07-1951 (RCL) |

## SCHEDULING ORDER

The Court, having received and reviewed the parties' Joint Report to the Court, filed pursuant to Local Civil Rule 16.3, hereby orders as follows:

1) The parties will make initial disclosures on May 26, 2008.

2) Discovery shall commence on June 26, 2008, and shall conclude by November 26, 2008. Written discovery shall be conducted within ninety (90) days, and depositions within sixty (60) days.

3) Expert Disclosures: [Plaintiff: Expert disclosures will be made in accordance with the schedule provided under Federal Rule of Civil Procedure 26(a)(2)(c), and that, if experts are designated, they be deposed at mutually agreeable dates and times after disclosures are made.] [Defendant: Expert disclosures will be made in accordance with Fed. R. Civ. P. 26(a). The proponent of an expert witness shall make expert disclosures ninety (90) days prior to close of fact discovery, and any rebuttal expert disclosure shall be made sixty (60) days prior to the close of discovery. Expert discovery shall be completed by the close of fact discovery.]

4)	In all other respects, the parties shall be governed by the provisions of the Federal Rules of Civil Procedure and the Local Rules of this Court pertaining to the conduct of discovery.  On a showing of good cause, either party may apply to the Court for permission to exceed the foregoing limits.

5)	Dispositive motions, if any, shall be filed within forty-five (45) days after the close of discovery; that the responding party shall also have forty-five (45) days to file an Opposition; and thirty (30) days for Reply.

6)	A status hearing shall be held on _____, 2008.

Date: _____

_____
United States District Judge