UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. BENNETT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-CV-1951 (RCL) |
| ) | |
| ELAINE L. CHAO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests for a 7-day extension of time to June 10, 2008, to exchange Rule 26(a)(1) Initial Disclosures. The parties conferred pursuant to Local Rule 7(m) and Plaintiff's counsel consented to this Motion.

There is good cause for the Court to grant this Motion. On May 29, 2008, the Court issued a Scheduling Order that requires the parties to exchange their Rule 26(a)(1) Initial Disclosures by June 3, 2008. Due to the undersigned counsel's litigation obligations and travel schedule, Defendant needs a one-week extension to provide its Initial Disclosures to Plaintiff. Specifically, the undersigned counsel has an expert report due today in Porter v. Johnson, Civ. No. 04-2121 (PLF), and has been devoting substantial time to meet that deadline. Furthermore, on June 3, 2008 (the due date), the undersigned counsel is scheduled to travel to Farmington, Pennsylvania, to attend the 2008 D.C. Circuit Judicial Conference.

For the foregoing reasons, Defendant respectfully requests that the Court grant a one-week extension until June 10, 2008, for the parties to exchange their respective Rule 26(a)(1) Initial Disclosures.

Dated: May 30, 2008.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. BENNETT, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civ. No. 07-CV-1951 (RCL) |
| | ) |
| ELAINE L. CHAO, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Consent Motion for An Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that parties shall have up to and including June 10, 2008, to exchange their respective Rule 26(a)(1) Initial Disclosures.

SO ORDERED.

_____
U.S. District Judge